motion court clearly erred in denying his motion because he pleaded facts not refuted by the record that entitle him to relief; specifically, that plea counsel was ineffective in both failing to advise Smith that he could file a motion to suppress certain evidence and in failing to file such a motion. Smith posits that he was prejudiced by this ineffective assistance of counsel in that it rendered his guilty plea unknowing and involuntary.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our decision. We affirm the judgment of the motion court pursuant to Rule 84.16(b).

Kevin CHILDERS, Employee/Appellant,

v.

CUSTOMER DIRECT, LLC,
Employer/Respondent,

and

Division of Employment Security,
Respondent/Respondent.

No. ED 101252.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 23, 2014.

John J. Ammann, St. Louis, MO, Heidi Kuns Durr, Clayton, MO, for employer/respondent.

Bart A. Matanic, Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., MARY K. HOFF, J., and PHILIP M. HESS, J.

*ORDER*

PER CURIAM.

Kevin Childers (Employee) appeals from the decision of the Labor and Industrial Relations Commission (the Commission) denying him unemployment benefits. We have reviewed the briefs of the parties and the record on appeal and conclude that there is sufficient competent and substantial evidence to support the Commission's decision, and the Commission did not err as a matter of law in finding Employee engaged in misconduct connected with work. *Berwin v. Lindenwood Female College*, 205 S.W.3d 291, 294 (Mo.App. E.D. 2006). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).